UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN SCALES,

                              Petitioner,

-against-

S. WALKER, Warden at R.N.D.C. C-74,

                              Respondent.

1:22-CV-6562 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                               Chief United States District Judge